IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICHOLAS CRABTREE**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**Case No. 4:24-CV-00124-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE